IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY R. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-146 |
| ) | District Judge Arthur J. Schwab |
| v. ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| PENNSYLVANIA DEPARTMENT OF ) | Re: ECF No. 55 |
| CORRECTIONS and A. KULICK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Plaintiff Zachary Graham ("Plaintiff"), an inmate incarcerated at the State Correctional Institution at Phoenix ("SCI-Phoenix), filed the instant action arising out of allegations that she engaged in self-harm after prison officials wrongfully refused to provide her hormone therapy treatment for gender dysphoria. ECF No. 13.

Presently before the Court is Plaintiff's Motion to Compel. ECF No. 55. In support of this Motion, Plaintiff argues that prison officials did not return her personal property and legal materials following her November 2, 2022 transfer to SCI-Phoenix. She requests the Court to order Defendants to return her materials.

In response, Defendants represent that Plaintiff's materials have since been returned as of November 16, 2022. ECF No. 62. For this reason, the Court will deny this Motion as moot. An appropriate Order follows.

AND NOW this 21st day of December, 2022, the Motion to Compel, ECF No. 55, is DENIED.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to

file an appeal to the District Judge which includes the basis for objection to this Order. Any appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to file a timely appeal will constitute a waiver of any appellate rights.

BY THE COURT

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Arthur J. Schwab,
United States District Judge

ZACHARY R. GRAHAM
NP-2097
SCI PHOENIX
1200 Mokychic Drive
Collegeville, PA 19426

All counsel of record via CM/ECF.