# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY R. GRAHAM, | ) |
| Plaintiff, | ) Civil Action No. 21-146 |
| v. | ) District Judge Arthur J. Schwab |
| | ) Magistrate Judge Maureen P. Kelly |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS and A. KULICK, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 17th day of August, 2023, upon independent review of the record, and upon consideration of Magistrate Judge Kelly's June 28, 2023, Report and Recommendation, IT IS HEREBY ORDERED that the Magistrate Judge's June 28, 2023 Report and Recommendation (ECF 73) is adopted as the Opinion of this Court, and thus, Defendant's Motion for Summary Judgment ( ECF 67) is GRANTED.  The Clerk of Court is to mark this case CLOSED.

So ORDERED this 17th day of August, 2023.

 s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record

The Honorable Maureen P. Kelly
United States Magistrate Judge

ZACHARY R. GRAHAM
NP-2097
SCI Greene
175 Progress Drive
Waynesburg, PA 15370